### 3447. ABRAMS *v.* McCALL Co.

POWELL, J. 1. Viewed in the light of the criteria announced in the case of *Florence Wagon Works* v. *Salmon*, 8 *Ga. App.* 197 (68 S. E. 866), and cases there cited, the amount claimed in the petition as liquidated damages was penalty, and the demurrer to the portion of the petition which sought a recovery therefor should have been sustained.

2. So far as the petition sought to recover for the purchase-price of goods sold and delivered, it was not subject to the demurrer.

                    *Judgment affirmed in part, and reversed in part.*
                    DECIDED SEPTEMBER 11, 1911.

Complaint; from city court of Fitzgerald—Judge Wall. April 24, 1911.

*Elkins & Wall,* for plaintiff in error.
*Griffin & Griffin, J. J. Bull,* contra.